## Russell C. Nelson and Helen E. Nelson, Appellants, v. McCabe Development Company, Appellee.

### Gen. No. 45,437.

Nathan Shefner, for appellants; George F. Scheck, of counsel. No appearance for appellee. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed March 27, 1951; released for publication April 13, 1951.